FILED

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

10 APR -9 PM 12: 57

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

MICHAEL D. DICKERSON,

        Plaintiff,
        Acting Pro Se

vs.                          Case No. 8:10-cv-729-VMC-AEP

COMMUNITY WEST BANK,

        Defendant,

---

### Unopposed MOTION TO REQUEST ACCESS TO CASE MANAGEMENT/ELECTRONIC CASE FILING

Please take notice the Plaintiff, acting Pro Se, requests the Court to approve access to the CM/ECF system for the purpose of electronically filing documents related to this cases. The instructions in Administrative Procedures Order 2-28-07 will be followed. Plaintiff completed CM/ECF training, course number 44599 on 16 July 2009 related to a previously filed action.

Plaintiff has conferred with Defendant's counsel as required by Local Rule 3.01 (g) and there is no opposition.

Respectfully submitted 9 April 2010,

By _____
Michael D. Dickerson, Pro Se
7622 9th Ave N
St Petersburg, FL 33710
Mdickerson4@tampabay.rr.com
727 421-3279

## Certificate of Service

I HEREBY CERTIFY on 9 April 2010 a true and correct copy of this Motion was faxed to Defendant's counsel, c/o David Peterson.

Robert F. Higgins,

Counsel for Community West Bank

Lowndes, Drosdick, Doster, Kantor & Reed

215 North Eola Drive

Orlando, Florida 32802

Higgins, Robert [Bob.Higgins@lowndes-law.com]

_____
Michael D. Dickerson