```
                     UNITED STATES DISTRICT COURT
                      MIDDLE DISTRICT OF FLORIDA
                           TAMPA DIVISION
```

MICHAEL D. DICKERSON,

               Plaintiff,

v.                            Case No.  8:10-cv-729-T-33AEP

COMMUNITY WEST BANK,

               Defendant.
_____/

## **ORDER**

This matter comes before the Court pursuant the Renewed Unopposed Motion of Plaintiff to Request Access to Case Management/Electronic Case Filing (the "Motion" Doc. # 6), which was filed on April 9, 2010.  In the Motion, Plaintiff indicates that he has completed CM/ECF training and he seeks access to CM/ECF.

The Court grants the Motion and directs the Clerk to issue Plaintiff a CM/ECF account.  However, Plaintiff is cautioned that he must comply with the Local Rules of the Middle District of Florida, the Federal Rules of Civil Procedure, and the Administrative Procedures for Electronic Filing.  The Court directs Plaintiff to review these rules prior to filing any documents on CM/ECF.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Renewed Unopposed Motion of Plaintiff to Request

Access to Case Management/Electronic Case Filing (Doc. # 6) is **GRANTED.**

(2) The Clerk is directed to issue Plaintiff a CM/ECF account.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 19th day of April 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel and Parties of Record