UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL D. DICKERSON,

    Plaintiff,

v.                            Case No. 8:10-cv-729-T-33AEP

COMMUNITY WEST BANK,

    Defendant.
_____/

**<u>ORDER</u>**

This matter comes before the Court pursuant to Defendant's Motion to Reassign Case to Judge Kovachevich (Doc. # 10), which was filed on April 23, 2010. Defendant seeks an order transferring this case to the Judge Kovachevich pursuant to Local Rules 1.03(d) and 1.04(a), M.D. Fla., because Judge Kovachevich presided over the related case of No. 8:09-cv-963-T-17TGW.[1]

Defendant remarks, "Judge Kovachevich is familiar with the allegations of Plaintiff's Complaint and the procedural history, which will avoid the need for the litigants to spend

---

[1] Local Rule 1.03(d), M.D. Fla, states, "The judge to whom any case is assigned may, at any time, reassign the case to any other consenting judge for any limited purpose or for all further purposes." Local Rule 1.04(a), M.D. Fla., states in pertinent part, "Whenever a case, once docketed and assigned, is terminated by any means and is thereafter refiled without substantial change in issues or parties, it shall be assigned, or reassigned if need be, to the judge to whom the original case was assigned."

significant additional effort familiarizing the Court with the allegations and prior proceedings." (Doc. # 10 at 2). This Court agrees. With the consent of Judge Kovachevich, and upon consideration of Local Rules 1.03(d) and 1.04(a), M.D. Fla., this Court hereby transfers this case to Judge Kovachevich for all further proceedings.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Defendant's Motion to Reassign Case to Judge Kovachevich (Doc. # 10) is **GRANTED**.

(2) The Clerk is directed to reassign this case to Judge Kovachevich, with her consent, for all further proceedings.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 27th day of April 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:
All Counsel of Record